UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:          )  BK No.: 19-05293
Richard J Miner     )
             )  Chapter:  13
             )
             )  Honorable Carol A. Doyle
             )
    Debtor(s)     )

**ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER
COURT-APPROVED RETENTION AGREEMENT**
**(Use for cases filed on or after April 20, 2015)**

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel,  the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---|---|
| $ | 3,500.00 | for legal services through conclusion of the case. |
| $ | | for reimbursable expenses. |
| $ | 3,500.00 | **total fees and reimbursement allowed.** |
| -$ | | less payment received from debtor before date of application. |
| $ | 3,500.00 | **balance allowed and due to the attorney under this order.** |

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  October 15, 2019

**Fees Payable to:**

Bach Law Offices, Inc.
PO Box 1285
Northbrook, IL 60065
847-564-0808
pnbach@bachoffices.com